# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 15-1726, Stephanie Farrell v. Macy's Retail Holding, Inc. |
| **Originating No. & Caption** | 1:13-cv-03591-JFM |
| **Originating Court/Agency** | USDC Maryland-Baltimore |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291(as a matter of ri[ght] |
| Time allowed for filing in Court of Appeals | 7/9/15 |
| Date of entry of order or judgment appealed | 6/9/15 |
| Date notice of appeal or petition for review filed | 6/26/15 |
| If cross appeal, date first appeal filed | n/a |
| Date of filing any post-judgment motion | n/a |
| Date order entered disposing of any post-judgment motion | n/a |
| Date of filing any motion to extend appeal period | n/a |
| Time for filing appeal extended to | n/a |
| Is appeal from final judgment or order? | ◉ Yes     ○ No |
| If appeal is not from final judgment, why is order appealable? n/a | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-521-4022.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

01/27/2015
SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ● No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ○ Yes | ● No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | n/a | |
| Case number of any pending appeal in same case | n/a | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | n/a | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ● No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Plaintiffs William and Stephanie Farrell, husband and wife, each allege claims of battery, assault, negligence, false imprisonment and punitive damages as a result of the defendants Macy's Retail Holdings, Inc. ("Macy's") and IPC International Corporation ("IPC") improper apprehension, detention, and injury of Plaintiffs as they shopped at the defendant Macy's department store in White Marsh Mall during the holiday season on November 28, 2012. The Baltimore County police came to the scene, reviewed the evidence, and determined that there was no probable cause to detain or arrest the plaintiffs.

On Macy's and IPC's motions, the Court granted summary judgment on the negligence and false imprisonment claims of both plaintiffs. The plaintiffs' assault and battery claims were dismissed for lack of subject matter jurisdiction.

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| DID THE TRIAL COURT FAIL TO APPLY THE CORRECT STANDARD OF REVIEW IN GRANTING SUMMARY JUDGMENT FOR THE DEFENDANTS IF IT DID NOT RESOLVE ALL INFERENCES AND AMBIGUITIES FROM THE EVIDENCE IN THE PLAINTIFFS' (NON-MOVING PARTIES) FAVOR?<br><br>DID THE TRIAL COURT ERR IN DETERMINING THAT THE DEFENDANTS HAD PROBABLE CAUSE IF IT DID NOT RESOLVE ALL INFERENCES AND AMBIGUITIES FROM THE EVIDENCE IN THE PLAINTIFFS' (NON-MOVING PARTIES) FAVOR?<br><br>IS IT REVERSIBLE ERROR FOR THE TRIAL COURT TO DISMISS PLAINTIFFS' ACTION FOR LACK OF SUBJECT MATTER JURISDICTION BASED ON ITS OPINION THAT IT WOULD HAVE AWARDED LESS THAN THE JURISDICTIONAL AMOUNT HAD THE CASE GONE TO TRIAL? |

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: MACY'S RETAIL HOLDING, INC. | Adverse Party: IPC INTERNATIONAL CORPORATION |
|---|---|
| Attorney: Patricia M. Thornton, Esq.<br>Address: Bacon Thornton and Palmer LLP<br>Capital Office Park<br>6411 Ivy Lane, Ste. 500<br>Greenbelt, MD 20770-1411 | Attorney: Sonia Cho, Esq.<br>Address: GORMAN & WILLIAMS<br>36 South Charles Street, Suite 900<br>Baltimore, Maryland 21201 |
| E-mail: PThornton@lawbtp.com | E-mail: scho@GandWLaw.com |
| Phone: 301-345-7001 | Phone: 410.528.0600 |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: WILLIAM FARRELL<br><br>Attorney: George L. Garrow, Jr., Esq.<br>Address: The Garrow Law Firm, PLLC<br>300 New Jersey Avenue, NW<br>Suite 900<br>Washington, DC 20001<br><br>E-mail: ggarrow@me.com<br><br>Phone: 202-469-3411 | Name: STEPHANIE FARRELL<br><br>Attorney: George L. Garrow, Jr., Esq.<br>Address: The Garrow Law Firm, PLLC<br>300 New Jersey Avenue, NW<br>Suite 900<br>Washington, DC 20001<br><br>E-mail: ggarrow@me.com<br><br>Phone: 202-469-3411 |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Signature:** s/ George L. Garrow, Jr., Esq.     **Date:** 7-10-15

**Counsel for:** Stephanie and William Farrell - Appellants

**Certificate of Service**: I certify that on July 10, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Patricia Thornton, Esq.<br>Bacon Thornton and Palmer LLP<br>Capital Office Park<br>6411 Ivy Lane, Ste. 500<br>Greenbelt, MD 20770-1411 | Sonia Cho, Esq.<br>GORMAN & WILLIAMS<br>36 South Charles Street, Suite 900<br>Baltimore, Maryland 21201 |
| Signature: s/ George L. Garrow, Jr., Esq. | Date: 7-10-15 |