UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

*STEPHANIE FARRELL, et. al.*        :

    **Appellants**        :        No. 15-1726

    v.        :        (1:13-cv-03591-JFM)

*MACY'S RETAIL HOLDINGS, INC., et. al.*:

    **Appellees**        :
_____:

APPELLANTS' *CONSENT* MOTION FOR
EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX
AND MODIFY BRIEFING SCHEDULE

    COMES NOW THE APPELLANTS, Stephanie and William Farrell, by and through counsel, and hereby moves this Court to extend its briefing schedule time to file an opening brief and appendix for 3 weeks from September 11 to October 2, 2015, and modify the remainder of the briefing schedule accordingly. Counsel for the other 2 parties has CONSENTED to the extension of time and modified schedule. Appellants ask that the Court grant the motion for the following reasons:

    1. Unfortunately, counsel for appellants recently had a mishap on vacation that resulted in a torn posterior tibia tendon and a broken ankle. Counsel's ankle is now in a boot and will be a cast beginning next week for an undetermined period.

    2. The accident has caused counsel significant inconvenience and interrupted his work schedule. Counsel is concerned about his clients and wants to ensure that they receive his best efforts on this appeal.

    3. For this reason, appellants seek a 3-week extension from September 11 to October 2, 2015 in which to file their opening brief and appendix. The extension will

permit counsel to reorder his work schedule as he finds reliable ways to get to work, court hearings, depositions, visits to clients, as well as offer a bit more time to complete assignments such as this brief and take the lead on the joint appendix.

4. Appellees' counsel has been consulted and consent to this motion.

5. Appellants note that appellants have not sought a previous extension of this briefing schedule (the parties agreed to a brief extension requested by the Circuit Mediator to arrange settlement discussions). Counsel for appellants has researched other options that do not involve seeking an extension and has concluded that an extension of time is in the best interest of his clients and the judicial process. Loc. R. 31(c).

WHEREFORE, appellants respectfully request that this Court grant their motion and provide any additional relief to accommodate the request that this Court deems just and fair.

September 3, 2015.

        Respectfully submitted,
        STEPHANIE AND WILLIAM FARRELL


By:_____/s/_____
    George L. Garrow, Jr., Esq.
    The Garrow Law Firm, PLLC
    300 New Jersey Avenue, NW, Suite 900
    Washington, DC 20001
    202-469-3411 phone
    202-280-1120 fax
    ggarrow@me.com
    Attorney for Appellants

**CERTIFICATE OF ELECTRONIC FILING**

      I hereby certify that a copy of the foregoing document was filed through the CM/ECF system on September 3, 2015, and emailed through that system to the following counsel for appellees:

Charles L. Simmons, Jr., Esq.
Sonia Cho, Esq.
GORMAN & WILLIAMS
36 South Charles Street, Suite 900
Baltimore, Maryland 21201

Patricia M. Thornton, Esq.
Edward C. Bacon, Esq.
Bacon Thornton and Palmer LLP
Capital Office Park
6411 Ivy Lane, Ste. 500
Greenbelt, MD 20770-1411

                                              _____/s/_____
                                            George L. Garrow, Jr., Esq.

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

*STEPHANIE FARRELL, et. al.*          :

    **Appellants**          :          No. 15-1726

    v.          :          (1:13-cv-03591-JFM)

*MACY'S RETAIL HOLDINGS, INC., et. al.*:

    **Appellees**          :
_____:

### ORDER

Upon consideration of the APPELLANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX, AND MODIFY BRIEFING SCHEDULE, and any additional responses submitted, and the arguments therein, it is hereby ORDERED

That APPELLANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX, AND MODIFY BRIEFING SCHEDULE is GRANTED in its entirety;

And it is further

ORDERED that the briefing schedule is extended as follows:

Appendix due: 10/02/2015

Opening brief due: 10/02/2015

Response brief due: 11/06/2015

Any reply brief: 14 days from service of response brief

So ORDERED.

                                           _____
                                           Judge
                                           United States Court of Appeals

Electronic Copies to:

George L. Garrow, Jr., Esq.
The Garrow Law Firm, PLLC
300 New Jersey Avenue, NW, Suite 900
Washington, DC 20001

Charles L. Simmons, Jr., Esq.
Sonia Cho, Esq.
GORMAN & WILLIAMS
36 South Charles Street, Suite 900
Baltimore, Maryland 21201

Edward C. Bacon, Esq.
Patricia M. Thornton, Esq.
Bacon Thornton and Palmer LLP
Capital Office Park
6411 Ivy Lane, Ste. 500
Greenbelt, MD 20770-1411